IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AURORA LOAN SERVICES, LLC, As Master Servicer and on behalf of LaSalle SAIL 2004-3, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | JURY DEMAND |
| ANTHONY L. MITCHELL, | ) ) | |
| Defendant. | ) ) | |

**FILED**
**MARCH 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1328**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE NOLAN**

## PLAINTIFF'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LR 3.2

Aurora Loan Services, LLC is a limited liability company organized and existing under the laws of the State of Delaware. Aurora is not publicly traded and is a wholly-owned subsidiary of Lehman Brothers Bank, FSB ("LBB"), a federal savings bank. LBB is not publicly traded.

Dated this 5th day of March, 2008.

Respectfully submitted,

AURORA LOAN SERVICES, LLC,

By:    /s/ Susan J. Miller
       One of its attorneys

Danielle J. Szukala
Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:  (312) 840-7000
Facsimile:  (312) 840-7900
E-mail:  dszukala@burkelaw.com
         smiller@burkelaw.com

462746.1