## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1328 | **DATE** | 3/8/2008 |
| **CASE TITLE** | Aurora Loan Servs., LLC vs. Mitchell | | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to file, by no later than 3/18/08, an amended complaint setting forth the citizenship of each members of plaintiff Aurora Loan Services LLC, including the complete citizenship of any corporate or "LLC" members, *see Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998), as well as the state of citizenship (not merely the "last known business address") of the defendant. If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|