# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1328 | **DATE** | 3/21/2008 |
| **CASE TITLE** | Aurora Loan Servs., LLC vs. Mitchell | | |

**DOCKET ENTRY TEXT**

Plaintiff has complied with the Court's order of 3/8/08 by filing an amended complaint. Upon further review, however, the Court now questions whether the citizenship of the original maker of the loan and/or that of the current owner of the loan of which plaintiff is the servicer is relevant for purposes of determining diversity of citizenship. The Court directs plaintiff to file a memorandum, by no later than 4/11/08, addressing this issue.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|