# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1328 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Aurora Loan Servs. LLC vs. Mitchell | | |

**DOCKET ENTRY TEXT**

Status hearing held with plaintiff's attorney appearing; defendant has not yet been served with summons. The Court continues to question whether plaintiff (the loan servicer) is the real party in interest or whether the trust that owns the loan is the real party in interest. On or before 5/23/08, plaintiff must: (1) provide a detailed disclosure establishing that if the trust is the real party in interest, diversity still exists; or (2) provide the Court a copy of the trust agreement so that the Court can satisfy itself that plaintiff is the real party in interest. Status hearing reset to 6/10/08 at 9:00 a.m., in chambers; plaintiff is directed to advise defendant of the new date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|