IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AURORA LOAN SERVICES, LLC, | ) | |
| As Master Servicer and on behalf of | ) | |
| LaSalle SAIL 2004-3, | ) | |
| | ) | Case No. 08-cv-1328 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Nolan |
| ANTHONY L. MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff, Aurora Loan Services, LLC, as Master Servicer and on behalf of LaSalle SAIL 2004-3 ("Aurora"), hereby moves this court for entry of a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, stating that the Trust Agreement at issue may be filed under seal. In support of its motion, Aurora states as follows.

1. In response to the Court's May 6, 2008 order, Aurora has filed a memorandum, attached hereto as **Exhibit 1**, relating to the diversity of citizenship present in this case, and the fact that Aurora is in fact the real party in interest.

2. As part of this memorandum, Aurora would like to attach the Trust Agreement at issue to further answer the Court's questions regarding diversity.

3. The Trust Agreement contains sensitive business or technical information, trade secrets, confidential research, development, business plans, new business development, proprietary information, competitor market analysis, internal financial accounting information, or other technical, policy, or commercial information, and that, if disclosed to a business competitor, would provide a significant advantage to the Aurora's competitors.

4. Therefore, Aurora requests that the Court enter the proposed protective order attached hereto as **Exhibit 2**, and that Trust Agreement be filed under seal pursuant to that order.

Wherefore, Aurora Loan Services, LLC, as Master Servicer and on behalf of LaSalle SAIL 2004-3, respectfully requests that this Court grant its motion for protective order, enter the proposed protective order, for the Trust Agreement to be filed under seal pursuant to that order, and for all other relief this Court deems just and proper.

Dated this 22nd day of May, 2008.

Respectfully submitted,

AURORA LOAN SERVICES, LLC,

By: _____/s/ Susan J. Miller_____
      One of its attorneys

Danielle J. Szukala
Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900
E-mail:   dszukala@burkelaw.com
      smiller@burkelaw.com