IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AURORA LOAN SERVICES, LLC, <br> As Master Servicer and on behalf of <br> LaSalle SAIL 2004-3, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY L. MITCHELL, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 08-cv-1328 <br><br> Judge Kennelly <br><br> Magistrate Judge Nolan |

NOTICE OF MOTION

Please take notice that on May 28, 2008 at 9:30a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew F. Kennelly in Courtroom 2103 located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present Aurora Loan Services, LLC As Master Servicer and on behalf of LaSalle SAIL 2004-3's Motion for Protective Order, a copy of which is hereby served upon you.

Dated this 22nd day of May, 2008.

                                                            Respectfully submitted,

                                                            AURORA LOAN SERVICES, LLC,

                                                            By:    /s/ Susan J. Miller
                                                                             One of its attorneys

Danielle J. Szukala
Susan J. Miller
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
E-mail:   dszukala@burkelaw.com
             smiller@burkelaw.com

470596