## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Aurora Loan Service, LLC
                        Plaintiff,

v.                                                Case No.: 1:08−cv−01328
                                                Honorable Matthew F. Kennelly

Anthony L Mitchell
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Parties fail to appear. Motion hearing held. MOTION by Plaintiff Aurora Loan Service, LLC for protective order[14] is granted. Plaintiff is directed to file the trust agreement under seal by 6/2/2008.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.