## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1328 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Aurora vs. Mitchell | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with plaintiff's attorney appearing. Defendant has not yet been served with summons. Based on plaintiff's showing of good cause, the time for service of summons is extended to 9/16/2008. Status hearing continued to 9/23/2008 at 9:30 AM. Plaintiff's attorney is directed to advise defendant of the status hearing date.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|