AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Aurora Loan Services, LLC, as Master Servicer
and on behalf of LaSalle SAIL 2004-3,

CASE NUMBER: 08-cv-1328

V.

ASSIGNED JUDGE: Kennelly

Anthony L. Mitchell

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Anthony L. Mitchell
8300 S. 86th Avenue, Apt. 403
Justice, IL 60458

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                      DATE

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS  DISTRICT 125

SHERIFF'S NUMBER 075887-001D  CASE NUMBER 08CV1328    DEPUTY: _E. Svrat #2925_

FILED DT 06-10-2008  RECEIVED DT 06-10-2008  DIE DT 06-25-2008  MULTIPLE SERVICE  1

DEFENDANT
MITCHELL, ANTHONY L
8300 S 86TH AV
JUSTICE IL. 60458
APT 403

ATTORNEY
BURKE WARREN MACKAY & SERRITEL
330 N WABASH AV 22ND FLR
CHCIAGO IL. 60611

PLAINTIFF AURORA LOAN SERVICES LLC

SERVICE INFORMATION: UNITED STATES DISTRICT COURT    RS

**FOREIGN**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE. SAID PARTY REFUSED NAME_____

.....3 SERVICE ON: CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____ BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

  1 SEX___ M/F  RACE___  AGE___
  2 NAME OF DEFENDANT MITCHELL, ANTHONY L
    ___WRIT SERVED ON _____ _not served_

THIS _19_ DAY OF _June_, 20_08_ TIME _4:36_ A.M.**P.M.**

ADDITIONAL REMARKS _____
_try 401 Hozehct_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _M/U_

NEIGHBORS NAME _____

ADDRESS _____

ATTEMPTED SERVICES

DATE    TIME  A.M./P.M.
6/17/08  9:14  YES  10 am

REASON NOT SERVED:
01 MOVED    07 EMPLOYER REFUSAL
**X** 02 NO CONTACT  08 RETURNED BY ATTY
03 EMPTY LOT  09 DECEASED
04 NOT LISTED  10 BLDG DEMOLISHED
05 WRONG ADDRESS  11 NO REGISTERED AGT.
06 NO SUCH ADDRESS  12 OTHER REASONS
    13 OUT OF COUNTY

FEE  .00  MILEAGE  .00  TOTAL  .00        SG10