AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

Aurora Loan Services, LLC, as Master Servicer
and on behalf of LaSalle SAIL 2004-3,

CASE NUMBER: 08-cv-1328

V.

ASSIGNED JUDGE: Kennelly

Anthony L. Mitchell

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Anthony L. Mitchell
5461 N. East River road Apt. 700
Chicago, IL 60658-1061

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 22, 2008
Date

TYPE LAW        SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS     DISTRICT 047

SHERIFF'S NUMBER 100016-001D CASE NUMBER 08CV1328     DEPUTY: HUGHES #10054    3

FILED DT 07-22-2008 RECEIVED DT 07-22-2008 DIE DT 08-11-2008 MULTIPLE SERVICE   1
DEFENDANT                                                            ATTORNEY
MITCHELL, ANTHONY L                    BURKE WARREN MACKAY & SERRITEL
5461 N EAST RIVER RD                    330 N WABASH AV 22ND FLR
CHICAGO IL. 60656                       CHICAGO IL. 60611
APT 700
PLAINTIFF AURORA LOAN SERVICES LLC             **FOREIGN**

SERVICE INFORMATION: UNITED STATES DISTRICT COURT     RS

********************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
.....3 SERVICE ON: CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)   THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

    1   SEX___ M/F    RACE_____    AGE_____
    2   NAME OF DEFENDANT MITCHELL, ANTHONY L
      WRIT SERVED ON _____
      THIS 11 DAY OF AUG, 20 08 TIME 11:10 A.M./P.M.
ADDITIONAL REMARKS _____

********************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG Pavilion Apts

NEIGHBORS NAME _____

ADDRESS _____

       REASON NOT SERVED:
                       07 EMPLOYER REFUSAL
  01 MOVED            08 RETURNED BY ATTY
X 02 NO CONTACT       09 DECEASED
  03 EMPTY LOT        10 BLDG DEMOLISHED
  04 NOT LISTED       11 NO REGISTERED AGT.
  05 WRONG ADDRESS    12 OTHER REASONS
  06 NO SUCH ADDRESS   13 OUT OF COUNTY

ATTEMPTED SERVICES

DATE         TIME A.M./P.M.
8/11/08    11:10 am 10054
_____    ___:___ ___
_____    ___:___ ___
_____    ___:___ ___
_____    ___:___ ___
_____    ___:___ ___

FEE    .00    MILEAGE    .00    TOTAL    .00                     SG10