### *United States District Court for the Northern District of Illinois*

Case Number: 08CV1328          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**    ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                          ☑ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets      (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 08/21/08 as to ANTHONY MITCHELL
(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05